UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEQON MASSIAH, et al.,

                Plaintiffs,

       -against-

NEW YORK CITY, et al.,

                Defendants.

1:25-CV-5273 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

In its March 10, 2026 order, the Court erroneously dismissed Plaintiff Alexander Watson's claims. Thus, to the extent, and only to the extent, that the Court's March 10, 2026 order dismissed Plaintiff Alexander Watson's claims, the Court vacates that order. The Court directs the Clerk of Court to restore Plaintiff Alexander Watson as a plaintiff in this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 12, 2026
          New York, New York

                            /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                  Chief United States District Judge